BORIS FELDMAN, State Bar No. 128838
boris.feldman@freshfields.com
DORU GAVRIL, State Bar No. 282309
doru.gavril@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
855 Main Street
Redwood City, CA 94063
Telephone: (650) 618-9250

*Attorneys for Defendant Zymergen Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY KUNZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZYMERGEN INC., JAY FLATLEY, SANDI PETERSON, STEVEN CHU, ZACH SERBER, TRAVIS MURDOCH, MATT OCKO, ROHIT SHARMA, and CHRISTINE GORJANC,<br><br>　　　　　Defendants. | Case No.: 3:22-cv-05099-LB<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Zymergen Inc. ("Zymergen") and the undersigned counsel of record certify that no parent corporation or publicly held corporation owns 10% or more of Zymergen's stock.

# CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Rule L.R. 3-15, the undersigned certifies that, in addition to defendants, the following listed persons, associations of persons, firms, partnerships, corporation (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION/INTEREST |
| --- | --- |
| Entities affiliated with Data Collective II, L.P., or DCVC II, which include DCVC Opportunity Fund, L.P., or DCVC Opportunity Fund. | Greater than 5% shareholder |
| Entities affiliated with SVF Excalibur (Cayman) Limited, including SVF Endurance (Cayman) Limited and Softbank Vision Fund (AIV M1) L.P. | Greater than 5% shareholder |
| Entities affiliated with True Ventures IV, L.P., including True Ventures Select I, L.P., True Ventures Select II, L.P., True Ventures Select III, L.P. and True Ventures Select IV, L.P. | Greater than 5% shareholder |
| Chubb Group of Insurance Companies | Insurance provider to Zymergen |
| Beazley Insurance Company, Inc. | Insurance provider to Zymergen |
| XL Specialty Insurance Company | Insurance provider to Zymergen |
| AIG | Insurance provider to Zymergen |
| AXIS Insurance Company | Insurance provider to Zymergen |

| | |
|---|---|
| Dated: September 15, 2022 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | By: /s/ Boris Feldman |
| | Boris Feldman |
| | *Attorneys for Defendant Zymergen Inc.* |